CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
for Roanoke
MAR 14 2011
JULIA C. DUDLEY, CLERK
BY: /s/ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| ALLEN NEIL PANFILE, SR., | ) | Civil Action No. 7:11-cv-00104 |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| GENE M. JOHNSON, | ) | By: Hon. Jackson L. Kiser |
| Respondent. | ) | Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

**ORDERED**

that petitioner's 28 U.S.C. § 2254 petition for a writ of habeas corpus is **DISMISSED without prejudice**, pursuant to Rule 4 of the Rules Governing § 2254 Cases; all pending motions are **DENIED as moot**; a Certificate of Appealability is **DENIED**; and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this order and the accompanying memorandum opinion to petitioner.

ENTER: This 14th day of March, 2011.

Senior United States District Judge